GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MA OLIVIA ABAD,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANK, N.A.; CITIBANK, N.A.; SYNCHRONY FINANCIAL; CAPITAL ONE BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; AMERICAN EXPRESS, INC. and DISCOVER BANK,<br><br>    Defendants. | Case No. 2:25-cv-00090-CDS-DJA<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 12, 2025 through and including **March 14, 2025**. The request was made by Equifax so that it can have an opportunity

//

//

1  to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff
2  approves.  This stipulation is filed in good faith and not intended to cause delay.

3
4        Respectfully submitted, this 3rd day of February, 2025.

5
6  CLARK HILL PLLC

7  By: /s/ Gia N. Marina
   Gia N. Marina
8  Nevada Bar No. 15276
   1700 South Pavilion Center Drive, Suite 500
9  Las Vegas, Nevada  89135
   Telephone:  (702) 862-8300
10 Facsimile:  (702) 778-9709
   Email: gmarina@clarkhill.com
11 *Attorney for Defendant Equifax Information Services LLC*
12

**No opposition**

 /s/ Gerardo Avalos
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
FREEDOM LAW GROUP
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Email: gavalos@freedomlegalteam.com

*Attorneys for Plaintiff*

17  IT IS SO ORDERED:

18  _____
19  United States Magistrate Judge

20  DATED:  2/4/2025

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 3rd day of February, 2025, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
Email: gmarina@clarkhill.com