JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
ALIX R. GOLDSTEIN, ESQ.
Nevada Bar No. 16540
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email:    joel.tasca@gtlaw.com
            alix.goldstein@gtlaw.com

*Counsel for Defendant, JP Morgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **MA OLIVIA ABAD**,<br><br>                            Plaintiff,<br><br>        v.<br><br>**EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANK, N.A.; CITIBANK, N.A.; SYNCHRONY FINANCIAL; CAPITAL ONE BAN, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; AMERICAN EXPRESS, INC.;** and **DISCOVER BANK**,<br><br>                            Defendants. | CASE NO. 2:25-cv-00090-CDS-DJA<br>**JOINT MOTION** ~~**STIPULATION**~~ **AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT** (FIRST REQUEST) |

Plaintiff, Ma Olivia Abad and Defendant, JP Morgan Chase Bank, N.A. ("Chase"), by and through their respective counsel, stipulate and agree to an extension of time for Chase to respond to the Complaint.  The parties continue to discuss a potential resolution to this case but require additional time to pursue those discussions.  Accordingly, pursuant to LR IA 6-2, it is hereby stipulated and agreed to by counsel that Chase's time to respond to the Complaint is extended from

. . .

. . .

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135,
Telephone: (702) 792-3773  /  Facsimile:  (702) 792-9002

1

February 12, 2025, to **March 14, 2025**.  This stipulation is filed in good faith and not intended to cause delay.

    **IT IS SO STIPULATED.**

DATED this 11th day of February 2025        DATED this 11th day of February 2025

**FREEDOM LAW FIRM, LLC**             **GREENBERG TRAURIG, LLP**

*/s/ Gerardo Avalos*                    */s/ Alix R. Goldstein*

| | |
|---|---|
| GEORGE HAINES, ESQ. | JOEL E. TASCA, ESQ. |
| Nevada Bar No. 9411 | Nevada Bar No. 14124 |
| GERARDO AVALOS, ESQ. | ALIX R. GOLDSTEIN, ESQ. |
| Nevada Bar No. 151718985 South Eastern | Nevada Bar No. 16540 |
| Avenue, Suite 350 | 10845 Griffith Peak Drive, Suite 600 |
| Las Vegas, Nevada  89123 | Las Vegas, Nevada  89135 |
| Telephone:     (702) 880-5554 | Telephone:  (702) 792-3773 |
| Email:    info@freedomlegalteam.com | Facsimile:  (702) 792-9002 |
| ***Attorneys for Plaintiff Ma Olivia Abad*** | Email:    joel.tasca@gtlaw.com |
| |         alix.goldstein@gtlaw.com |
| | ***Counsel for Defendant, JP Morgan*** |
| | ***Chase Bank, N.A.*** |

<u>**ORDER**</u>

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion.  The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c).  The Court GRANTS the joint motion (ECF No. 15).

DATED: 2/12/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

ACTIVE 707080656v1

## CERTIFICATE OF SERVICE

I hereby certify that on **February 11, 2025,** I caused the foregoing **STIPULATION AND ORDER** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/  Evelyn Escobar-Gaddi*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135,
Telephone: (702) 792-3773  /  Facsimile:  (702) 792-9002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ACTIVE 707080656v1