WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MA OLIVIA ABAD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANK, N.A.; CITIBANK, N.A.; SYNCHRONY FINANCIAL; CAPITAL ONE BANK, NA; BANK OF AMERICA CORPORATION; AMERICAN EXPRESS, INC.; and DISCOVER BANK,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-00090-CDS-DJA<br><br>**JOINT MOTION** ~~STIPULATION~~ **TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Ma Olivia Abad ("Plaintiff"), and counsel for Defendant Bank of America, N.A. (erroneously named Bank of America Corporation) ("Defendant or BANA"), that the time for BANA to respond to Plaintiff's Complaint is extended up to and including March 13, 2025.

On January 14, 2025, Plaintiff filed her Complaint [ECF No. 1]. BANA was served with Plaintiff's Complaint on January 22, 2025. The deadline for BANA to respond to Plaintiff's Complaint is February 11, 2025. The Parties have discussed extending the deadline for BANA to respond to Plaintiff's Complaint to allow for additional time to complete the investigation of the allegations and continue to discuss early resolution of the matter.

1

This is the first request for an extension of time for BANA to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED: February 11, 2025          **LAW OFFICE OF KEVIN L. HERNANDEZ**

By: ____*/s/ George Haines*____
George Haines, Esq.
Nevada Bar No. 9411
Attorney for Plaintiff
Ma Olivia Abad

DATED: February 11, 2025          **WRIGHT FINLAY & ZAK, LLP**

By: ____*/s/ Jory C. Garabedian*____
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
Attorney for Defendant
Bank of America, N.A.

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 16).

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/12/2025

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Electronic Filing Procedure IV(B), I certify that on 11th day of February, 2025, a true and correct copy of the foregoing **STIPULATION TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

/s/ Jason Craig
An Employee of WRIGHT, FINLAY & ZAK, LLP