Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
chavezd@ballardspahr.com

*Counsel for Discover Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Ma Olivia Abad,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; JPMorgan Chase Bank, N.A.; Citibank, N.A.; Synchrony Financial; Capital One Bank, National Association; Bank of America Corporation; American Express, Inc.; and Discover Bank.<br><br>　　　　　　　Defendants. | Case No. : 2:25-cv-00090-CDS-DJA<br><br>**Joint Motion to Extend Time to Respond to Complaint**<br><br>**First Request** |

Defendant Discover Bank's ("Discover") response to plaintiff Ma Olivia Abad's complaint is due February 12, 2025. Discover has requested, and plaintiff has agreed, that Discover have up to and including March 5, 2025, to respond to plaintiff's complaint. There is good cause for the extension because Discover was only recently retained, and the extension will provide time for the parties to discuss a potential resolution of the claims asserted against Discover without the need for further litigation.

[continued on following page]

DMFIRM #405792292v1

1    This is the first request for an extension, and it is not sought for the purposes
2  of delay.

| BALLARD SPAHR LLP | Freedom Law Firm, LLC |
|---|---|
| By: /s/ David E. Chavez | By: /s/ Gerardo Avalos |
| Abran E. Vigil<br>Nevada Bar No. 7548<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Telephone: 702.471.7000 | George Haines<br>Nevada Bar No. 9411<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>8985 South Eastern Avenue, Suite 350<br>Las Vegas, Nevada 89123<br>702.880.5554 |
| *Attorneys for defendant Discover Bank* | *Counsel for plaintiff Olivia Ma Abad* |

### ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 2/13/2025

2

## Certificate of Service

I hereby certify that on February 12, 2025, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of the Court via the CM/ECF system and served upon all parties registered for electronic service in this case.

/s/ David E. Chavez
An employee of BALLARD SPAHR LLP

Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

3

DMFIRM #405792292v1