Aaron D. Shipley (NSBN 8258)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ashipley@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant Capital One, N.A., erroneously sued as "Capital One Bank, National Association"*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MA OLIVIA ABAD,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANK, N.A.; CITIBANK, N.A.; SYNCHRONY FINANCIAL; CAPITAL ONE BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; AMERICAN EXPRESS, INC. and DISCOVERY BANK,<br><br>Defendants. | CASE NO.:   2:25-CV-00090-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CAPITAL ONE, N.A. TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Ma Olivia Abad ("Plaintiff") and Defendant Capital One, N.A., erroneously sued as "Capital One Bank, National Association" ("Capital One" and together with Plaintiff, the "Parties") stipulate and agree as follows:

**WHEREAS:**

1.  On or about January 29, 2025, Capital One was served with the Summons and Complaint for the above-referenced matter;

2.  On February 18, 2025, counsel for Capital One reached out to Plaintiff's counsel to gather further information regarding Plaintiff's claims and explore the potential for an early resolution;

3.  On February 18, 2025, the Parties agreed that good cause exists to extend Capital

4919-8777-7565.1

One's responsive pleading deadline to allow the parties to continue to devote resources to exploring the potential for early resolution of this matter;

4. The Parties agree to extend the deadline for Capital One to file its responsive pleading to the Complaint to March 21, 2025;

5. This stipulation is made in good faith and not for the purpose of delay; and

6. This is the first stipulated request to extend Capital One's responsive pleading deadline.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One's time to file a responsive pleading to Plaintiff's Complaint is extended. Capital One shall file its responsive pleading on or before March 21, 2025.

DATED this 19th day of February, 2025.

McDONALD CARANO LLP

By: /s/ Karyna M. Armstrong
Aaron D. Shipley (NSBN 8258)
Karyna M. Armstrong (NSBN 16044)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for Defendant Capital One, N.A., erroneously sued as "Capital One Bank, National Association"*

DATED this 19th day of February, 2025.

FREEDOM LAW FIRM, LLC

By: /s/ Gerardo Avalos
George Haines (NSBN 9411)
Gerardo Avalos (NSBN 15171)
8985 South Eastern Ave., Ste. 100
Las Vegas, NV 89123

*Attorneys for Plaintiff Ma Olivia Abad*

**NO FURTHER EXTENSIONS OF THIS DEADLINE WILL BE GRANTED.**

**IT IS SO ORDERED**:

_____
United States Magistrate Judge

DATED: February 20, 2025