Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
chavezd@ballardspahr.com

*Counsel for Discover Bank*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Ma Olivia Abad,<br><br>      Plaintiff,<br><br>vs.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; JPMorgan Chase Bank, N.A.; Citibank, N.A.; Synchrony Financial; Capital One Bank, National Association; Bank of America Corporation; American Express, Inc.; and Discover Bank.<br><br>      Defendants. | Case No. : 2:25-cv-00090-CDS-NJK<br><br>**Joint Motion to Extend Time to Respond to Complaint**<br><br>**Second Request** |

Defendant Discover Bank's ("Discover") response to plaintiff Ma Olivia Abad's complaint is due March 5, 2025. Discover has requested, and plaintiff has agreed, that Discover have up to and including March 12, 2025, to respond to plaintiff's complaint. There is good cause for the extension. Since the parties' first extension, Discover completed its initial investigation of the allegations in plaintiff's complaint, consulted with its attorney about its findings, engaged in settlement discussions with plaintiff, and—to that end—informally exchanged documents with plaintiff. However, the parties were unable to reach a settlement. Therefore, Discover has requested a final extension during which the parties will either resolve their dispute or, to avoid further delay, Discover will respond to plaintiff's complaint.

DMFIRM #405792292v1

This is the second request for an extension, and it is not sought for the purposes of delay.

| BALLARD SPAHR LLP | Freedom Law Firm, LLC |
|---|---|
| By: /s/ David E. Chavez | By: /s/ Gerardo Avalos |
| Abran E. Vigil | George Haines |
| Nevada Bar No. 7548 | Nevada Bar No. 9411 |
| David E. Chavez | Gerardo Avalos |
| Nevada Bar No. 15192 | Nevada Bar No. 15171 |
| 1980 Festival Plaza Drive, Suite 900 | 8985 South Eastern Avenue, Suite 350 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89123 |
| Telephone: 702.471.7000 | 702.880.5554 |
| *Attorneys for defendant Discover Bank* | *Counsel for plaintiff Olivia Ma Abad* |

**NO FURTHER EXTENSIONS OF THIS DEADLINE WILL BE GRANTED.**

## ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: March 6, 2025