George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Ma Olivia Abad*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Ma Olivia Abad,

        Plaintiff

 v.

Equifax Information Services LLC; Experian Information Solutions, Inc.; JPMorgan Chase Bank, N.A.; Citibank, N.A.; Synchrony Financial; Capital One Bank, National Association; Bank of America Corporation; American Express, Inc. and Discover Bank,

        Defendants

Case No.: 2:25-cv-00090-CDS-NJK

**Stipulation of dismissal of Synchrony Financial with prejudice**

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Ma Olivia Abad and Synchrony Financial stipulate to dismiss Plaintiff's claims against Synchrony Financial with prejudice.

///

///

_____

STIPULATION

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 13, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Ma Olivia Abad*

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Brittni A. Tanenbaum*
J Christopher Jorgensen, Esq.
Brittni A. Tanenbaum, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
*Counsel for Synchrony Financial*

Based on the parties' stipulation, Synchrony Financial is dismissed with prejudice, with each party to bear its own costs and fees.

_____
Cristina D. Silva
United States District Judge

Dated: May 16, 2025