George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Ma Olivia Abad*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ma Olivia Abad, <br><br>　　　　　Plaintiff <br><br>v. <br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; JPMorgan Chase Bank, N.A.; Citibank, N.A.; Synchrony Financial; Capital One Bank, National Association; Bank of America Corporation; American Express, Inc. and Discover Bank, <br><br>　　　　　Defendants | Case No.: 2:25-cv-00090-CDS-NJK <br><br> **Stipulation of dismissal of Equifax Information Services LLC with prejudice** |

　　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Ma Olivia Abad and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///

///

///

_____
STIPULATION

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 16, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Ma Olivia Abad*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

Based on the parties' stipulation, Equifax Information Services is dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 20, 2025