1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone:  (702) 792-7000
4  Facsimile:  (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  Attorneys for Defendants American
   Express National Bank
7

8            UNITED STATES DISTRICT COURT

9               DISTRICT OF NEVADA

10  MA OLIVIA ABAD,                           Case No. 2:25-cv-00090-CDS-NJK

11              Plaintiff                      **Order Approving**
                                              **STIPULATION TO**
12  vs.                                       **VACATE DEFAULT**

13  EQUIFAX INFORMATION SERVICES               [ECF No. 57]
    LLC; EXPERIAN INFORMATION
14  SOLUTIONS, INC.; JPMORGAN
    CHASE BANK, N.A.; CITIBANK,
15  N.A.; SYNCHRONY FINANCIAL;
    CAPITAL ONE BANK, NATIONAL
16  ASSOCIATION; BANK OF AMERICA
    CORPORATION; AMERICAN
17  EXPRESS, INC.; and DISCOVERY
    BANK,
18
                Defendants
19

20         Plaintiff Ma Olivia Abad and American Express National Bank,

21  erroneously sued as American Express, Inc. ("American Express"), stipulate to

22  following:

23         1.    That the Clerk's entry of default of American Express (ECF

24  No. 54) be set aside;

KAEMPFER
CROWELL    19717.17                                            Page 1 of 2

2.    That plaintiff's motion for entry of default as to American Express (ECF No. 52) be withdrawn; and

3.    That American Express be given 30 days from entry of the order on this stipulation to respond to the complaint (ECF No. 1).

The parties make this stipulate to avoid the time and expense of litigating a dispute over whether American Express was properly served in this action. The parties agree that Fed. R. Civ. P. 1's goal of a "just, speedy, and inexpensive determination of every action and proceeding" is best met by permitting American Express to appear and respond on the merits.

| FREEDOM LAW FIRM, LLC | KAEMPFER CROWELL |
|---|---|
| /s/ Gerardo Avalos | |
| George Haines, No. 9411 | Robert McCoy, No. 9121 |
| Gerardo Avalos, No. 15171 | Sihomara L. Graves, No. 13239 |
| 8985 S. Eastern Avenue, Suite 100 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89135 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants American |
| Ma Olivia Abad | Express National Bank |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  July 15, 2025