WRIGHT, FINLAY & ZAK, LLP
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MA OLIVIA ABAD,<br>　　　　　Plaintiff,<br>　v.<br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANK, N.A.; CITIBANK, N.A.; SYNCHRONY FINANCIAL; CAPITAL ONE BANK, NA; BANK OF AMERICA CORPORATION; AMERICAN EXPRESS, INC.; and DISCOVER BANK,<br>　　　　　Defendants. | Case No. 2:25-CV-00090-CDS-NJK<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

　　　Defendant, Bank of America, N.A., by and through its attorney of record Jory C. Garabedian, Esq. of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Darren T. Brenner Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP and therefore no longer needs to receive notice related to this case. Wright Finlay & Zak, LLP will continue to represent Bank of America, N.A. and request that Jory C. Garabedian, Esq. receive all future notices.

DATED: 25th day of August, 2025　　　　**WRIGHT FINLAY & ZAK, LLP**

IT IS SO ORDERED.　　　　　　　　By:　　*/s/ Jory C. Garabedian*
Dated: August 26, 2025　　　　　　　　　　Jory C. Garabedian, Esq.
.　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 10352
.　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
_____　　　Bank of America, N.A.
Nancy J. Koppe
United States Magistrate Judge

1