George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Info@freedomlegalteam.com
*Attorneys for Plaintiff(s)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ma Olivia Abad,<br><br>　　　　Plaintiff<br><br>v.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; JPMorgan Chase Bank, N.A.; Citibank, N.A.; Synchrony Financial; Capital One Bank, National Association; Bank of America Corporation; American Express, Inc. and Discover Bank,<br><br>　　　　Defendants | Case No.: 2:25-cv-00090-CDS-NJK<br><br>**Stipulation for dismissal of Bank of America N.A.**<br><br>[ECF No. 67] |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Ma Olivia Abad and Bank of America, N.A. stipulate to dismiss Plaintiff's claims against Bank of America, N.A. with prejudice.

///

---

STIPULATION

///
///
///

Each party will bear its own costs, disbursements, and attorney fees.

Dated: 9 September 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff(s)*

**WRIGHT FINLAY & ZAK, LLP**

/s/ *Jory C. Garabedian*
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
*Counsel for Defendant*
Bank of America, N.A

Based on the parties' stipulation, Bank of America is dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

Dated: September 10, 2025

STIPULATION    - 2 -