George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Ma Olivia Abad*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| Ma Olivia Abad,<br><br>                    Plaintiff<br><br>v.<br><br>American Express, Inc.,<br><br>                    Defendant | Case No.: 2:25-cv-00090-CDS-NJK<br><br>**Stipulation for Dismissal of Defendant American Express, Inc. with Prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Ma Olivia Abad and American Express, Inc. stipulate to dismiss Plaintiff's claims against American Express, Inc. with prejudice.

///

///

_____

STIPULATION

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 3, 2025.

**FREEDOM LAW FIRM**

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Ma Olivia Abad*

**KAEMPFER CROWELL**

/s/ Robert McCoy
Robert McCoy, Esq.
Sihomara L. Graves, Esq.
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 8913
*Counsel for American Express, Inc.*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED:  October 8, 2025